IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN A. REED,

    Petitioner,

  vs.                                     Civil Action 2:11-CV-263
                                            Judge Frost
                                            Magistrate Judge King

WARDEN, CHILLICOTHE CORRECTIONAL
INSTITUTION,

    Respondent.

## ORDER

On March 28, 2011, the United States Magistrate Judge recommended that petitioner's motion for leave to proceed *in forma pauperis* be denied. *Report and Recommendation*, Doc. No. 2. Although petitioner was advised of his right to object to the recommendation and of the consequences of his failure to do so, petitioner has nevertheless not objected.

The *Report and Recommendation* is therefore **ADOPTED and AFFIRMED**. Petitioner's motion for leave to proceed *in forma pauperis*, Doc. No. 1, is **DENIED.**

Petitioner may have thirty (30) days to pay the full filing fee. His failure to do so will result in the dismissal of the action for failure to prosecute.

                                                         /s/ Gregory L. Frost
                                                            Gregory L. Frost
                                                     United States District Judge