IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN A. REED,

      Petitioner,

  vs.                        Civil Action 2:11-CV-263
                              Judge Frost
                              Magistrate Judge King

WARDEN, CHILLICOTHE CORRECTIONAL
INSTITUTION,

      Respondent.

## ORDER

Petitioner was granted until June 6, 2011 to file objections to the *Report and Recommendation.  Order*, Doc. No. 6.  Petitioner has not done so.  Accordingly, the *Report and Recommendation* is again **ADOPTED and AFFIRMED.**

Petitioner's application for leave to proceed *in forma pauperis* is **DENIED**.  Petitioner must pay the full filing fee within fourteen (14) days.  His failure to do so will result in the dismissal of the action for failure to prosecute.

                                                 /s/ Gregory L. Frost
                                                    Gregory L. Frost
                                         United States District Judge