IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN A. REED,

      Petitioner,                                      CASE NO. 2:11-CV-263
                                                  JUDGE FROST
      v.                                                MAGISTRATE JUDGE KING

WARDEN, CHILLICOTHE
CORRECTIONAL INSTITUTION,

      Respondent.

## ORDER

On February 15, 2012, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of their failure to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

The Clerk shall enter **FINAL JUDGMENT**.

                                          /s/   Gregory L. Frost
                                          **GREGORY L. FROST**
                                          **United States District Judge**